**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAMUEL SANCHEZ,<br><br>                Petitioner,<br><br>    v.<br><br>JOE LIZARRAGA, Warden,<br><br>                Respondent. | Case No. EDCV 15-1972 AG (SS)<br><br>**ORDER ACCEPTING FINDINGS,**<br>**CONCLUSIONS AND RECOMMENDATIONS**<br>**OF UNITED STATES MAGISTRATE**<br>**JUDGE** |

     Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, the Report and Recommendation of the United States Magistrate Judge, and Petitioner's Objections. After having made a de novo determination of the portions of the Report and Recommendation to which Objections were directed, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

     The Court notes that one of Petitioner's Objections was that he did not receive a copy of the Court's Order to Show Cause Why the Magistrate Judge Should Not Recommend that this Action Be Dismissed as Successive. However, Petitioner did receive a copy

of the Report and Recommendation, which recommended dismissal of the Petition because it is successive and which was based on the same legal grounds as the Order to Show Cause. Petitioner's Objections to the Report and Recommendation address his arguments as to why the Petition should not be dismissed despite being successive. Accordingly, the Court concludes that Petitioner has been fully heard on this issue and no purpose would be served in re-issuing the Order to Show Cause.

**IT IS ORDERED** that the Petition is denied and Judgment shall be entered dismissing this action without prejudice.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Judgment herein on Petitioner at his address of record.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: December 31, 2015

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE