**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAMUEL SANCHEZ, | Case No. EDCV 15-1972 AG (SS) |
|                Petitioner, | |
|    v. | **JUDGMENT** |
| JOE LIZARRAGA, Warden, | |
|                Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: December 31, 2015

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE